IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN J. MERRITT, ) | |
| a/k/a EDWARD A. URBANSKI, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-06-1427-W |
| ) | |
| RYAN STARK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Plaintiff filed a "Motion to Request Extension of Time to Answer 'Interrogatories' to Plaintiff by Sheriff John Whetsel and Order Compelling of Documents Requested from Defendant." Doc. 143. The Plaintiff's motion is stricken in its entirety.

The extension request is moot because it was previously requested and granted. Doc. 139. Thus, this part of the Plaintiff's request is stricken.

In the same document, the Plaintiff requested an order compelling discovery. This part of the document violates LCvR 7.2(c), as stated in the order of April 9, 2007. Doc. 139. Thus, this part of the Plaintiff's request is also stricken.

So ordered this 12th day of April, 2007.

_Robert E. Bacharach_
Robert E. Bacharach
United States Magistrate Judge